## PENNIE & EDMONDS *v.* DAVID L. HILL

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 910 (AC 16100), is denied.

*Linda M. Guliuzza,* in support of the petition.

*James M. Nugent,* in opposition.

Decided March 27, 1997

## STANLEY V. TUCKER *v.* BOARD OF TAX REVIEW OF THE CITY OF TORRINGTON

The plaintiff's petition for certification for appeal from the Appellate Court, 44 Conn. App. 914 (AC 15550), is denied.

*Stanley V. Tucker,* pro se, in support of the petition.

*Alber G. Vasko,* in opposition.

Decided March 27, 1997

## MARGARET CHRISTIE ET AL. *v.* ANDREW LIPKO, JR.

The defendant's petition for certification for appeal from the Appellate Court (AC 16656) is denied.

*Andrew Lipko, Jr.,* pro se, in support of the petition.

*Christine M. Gonillo,* in opposition.

Decided April 3, 1997

## STATE OF CONNECTICUT *v.* RICHARD STEVENSON

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 680 (AC 14656), is denied.